IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Keshawn Ennals

954 Forrest St.
Baltimore, MD 21202

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Baltimore City Police Department

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

FILED ___ ENTERED ___
LODGED ___ RECEIVED
FEB 26 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? _____
         _____

      b. Did you appeal? _____

      YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____
      _____ N/A _____
      _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   _____
   _____
   _____ (see attachment) _____
   _____
   _____

IV. Relief
(State briefly what you want the Court to do for you.)

_____

_____( see attachment )_____

_____

_____

SIGNED THIS __1st__ day of __Febuary__, __2025__.

_____
Signature of Plaintiff

__Keshawn Ennals__
Printed Name

__954 Forrest St., Baltimore, MD 21202__
Address

_____
Telephone Number

_____
Email Address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Keshawn Ennals
954 Forrest St.
Baltimore, MD 21202

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Baltimore City Police Dept.

*(Full name and address of defendant)*
**Defendant(s).**

\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

FEB 26 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## CERTIFICATE OF SERVICE

I hereby certify that on **1st of Feduary**, **2025**, a copy of **Complaint Form** was mailed via first class mail, postage prepaid, to **101 W. Lombard St. Baltimore, Maryland 21201**

*[signature]*
Signature of Plaintiff

Keshawn Ennals
Printed Name

954 Forrest St. Baltimore MD 21202
Address

_____
Telephone Number

_____
Email Address