ENTERED
LODGED ✓    RECEIVED

FEB 26 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

On 10-7-2024 at approx. 1755hrs. Det michael smith followed plaintiff Mr. Ennals from the 2500 block of reisterstown Rd. to the 2500 block of reisterstown Rd. Det Smith alleges that through past encounters and investigations that this vehicle was owned and operated by the plaintiff, therefor, by time the plaintiff reached the 2500 block of reisterstown Rd. Det. smith activated his emergency sirens in order to indicate what was suppose to be a lawful traffic stop. Plaintiff, initially came to a stop, and then began to flee southbound. Det smith deactivated the lights and sirens and was guided by foxtrot, which continued to monitor the Plaintiff southbound.

Mr. Ennals the Plaintiff parked the vehicle in the 1300 block of N. woodyear and began to walk on feet. foxtrot was able to advise western district patrol officers to Mr. Ennals location and was taken into custody and incident. K9 was requested and did a scan of the vehicle and the vehicle was searched and no contraband was found inside the vehicle. Det. located a random black bag located in an ally approx. 50-100 feet away from the Plaintiff and the numerous traffic infractions, excluding, driving with out a license. The plaintiff vehicle was towed to city yard and held while accumulating fees. Det, Smith violated my constitutional rights 4th Amendment illegal search and seizure. Plaintiff's car has been seized with out the ability to obtain.



Det, Smith was inolation of md. Criminal Procedure code Ann, and 12.10 (H)(I)(m)(i)(o) Plaintiff has ownership of property seized and property was not involed in commission of a crime. so there for, should not have been seized by a Seizing autority.